1:18MJ4266-JDG

# AFFIDAVIT

I, Christopher Kiah, being first duly sworn, depose and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the Department of Homeland Security, Federal Protective Service ("DHS/FPS") and have been since January of 2016. I work in the Threat Management Branch in Cleveland, Ohio. I hold a Bachelor's of Science Degree with a major in Criminal Justice from Park University. I am a graduate of the Criminal Investigator Training Program and the Federal Protective Service Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Previously, I worked as an Inspector for DHS/FPS and a Criminal Investigator for the United States Marine Corps Criminal Investigation Division.

2. As a DHS/FPS Special Agent, I conduct investigations related to the protection of federal property, persons on such property, and federal employees. I frequently investigate violations of federal law, including violations of 18 U.S.C. § 115, influencing, impeding, or retaliating against a Federal official by threatening.

3. I base this affidavit on my personal investigation and information provided by other sources, including other law enforcement officers.

4. The information set forth in this Affidavit is for the limited purpose of establishing probable cause and does not include all of the information known to law enforcement related to this investigation.

5. On December 12, 2018, I was assigned to the Corey PAGE (DOB: xx/xx/1977) investigation. On December 11, 2018, PAGE called the Social Security Administration ("SSA") and threatened to shoot and kill a SSA employee in violation of 18 U.S.C. § 115(a)(1)(B).

## II. PROBABLE CAUSE

6. On December 11, 2018, at approximately 3:45 p.m., PAGE telephonically contacted the SSA office located at 18711 Miles Rd., Warrensville Heights, OH, in the Northern District of Ohio, Eastern Division, seeking to discuss his SSA benefits; specifically, missing SSA payments to his personal account.

7. PAGE called the telephone number 877-405-XXXX and was connected with an identified SSA employee, C.D., hereinafter identified as Victim One (VC-1). VC-1 has had prior telephonic interactions with

PAGE in recent months and stated she recognized the voice on the line as PAGE. PAGE identified himself, and as required by SSA procedure, VC-1 requested that PAGE verify his social security number, date of birth, mother's maiden name, and his telephone number (216-626-XXXX). PAGE provided the requisite information, which VC-1 verified matched SSA records pertaining to PAGE.

8. After verifying PAGE's identifying information, VC-1 stated PAGE called in to check on two (2) missing checks and that PAGE believed the SSA owed him money for the period of time when PAGE was in a court-ordered drug treatment program. VC-1 advised PAGE that he was not currently due any checks and indicated benefits stop during incarceration or court-ordered treatment. PAGE became "irate" and started "screaming into the phone and swearing," according to VC-1. PAGE then told VC-1 he was going to shoot up the place (referring to the SSA office). PAGE went on to tell VC-1 he was going to "kill" her, before VC-1 ended the telephone call.

9. VC-1 is employed by the SSA as a customer service representative and was engaged in the performance of her official duties when talking to PAGE.

10. The killing of VC-1, an employee of the SSA, would be a crime under 18 U.S.C. § 1114.

11. The SSA office was occupied by several other SSA employees and members of the public at the time of PAGE's threat.

12. Affiant conducted a query of a law enforcement database for telephone number (216-626-XXXX). The search revealed the telephone number is registered to PAGE's mother. Additionally, another query of the law enforcement database revealed PAGE lives at the same address as his mother.

13. As a matter of record and through various sources of information, affiant learned PAGE has a violent criminal history involving assaultive behavior and has been known to carry weapons concealed on his person while under disability. Additionally, PAGE has made prior threats to kill SSA employees in the past.

### III. CONCLUSION

14. Based on the foregoing, probable cause exists that Corey Tyrell PAGE did threaten to murder C.D., a customer service representative employed by the SSA, with the intent to impede, intimidate, interfere with, or retaliate against C.D., while she was

engaged in the performance of, or on account of her official duties, in violation of 18 U.S.C. § 115(a)(1)(B).

_____
Christopher Kiah
Special Agent, DHS/FPS

This affidavit was sworn to by the affiant by telephone on December __18__, 2018, after a PDF was transmitted by email.
Fed. R. Crim. P. 4.1 and 41(d)(3).

_____
United States Magistrate Judge